IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DARRELL COLEMAN,                          :

        Petitioner,                       :

        vs.                               :    CIVIL ACTION NO. CV205-148

JOSE VASQUEZ, Warden,                     :

        Respondent.                       :

## O R D E R

Petitioner, an inmate incarcerated at the Federal Correctional Institution in Jesup, Georgia, submitted for filing an action pursuant to 28 U.S.C. § 2241. By Order dated August 15, 2005, the Court dismissed this action without prejudice, as Petitioner had neither paid the filing fee nor filed a motion to proceed *in forma pauperis*. Petitioner has now paid the required filing fee.

Accordingly, the Court **VACATES** its Order dated August 15, 2005. The Clerk of Court is **DIRECTED** to re-open the captioned case.

**SO ORDERED**, this _26th_ day of _August_, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

DARRELL COLEMAN

_____ )

vs                                                    )        CASE NUMBER  CV205-148 _____

VASQUEZ                                               )        DIVISION         Brunswick _____

_____ )

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.  Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.  That the aforementioned enveloped contained a copy of the document dated 8/26/05 _____, which is part of the official record of this case.

Date of Mailing:          8/26/05 _____

Date of Certificate       [X] same date,          or  _____

                          Scott L. Poff,  Clerk

                          By:   Nita Rose _____
                                Deputy Clerk

Name and Address

DARRELL COLEMAN  FCI JESUP    JESUP, GA. 31599

[ ]  Copy placed in Minutes

[ ]  Copy given to Judge

[ ]  Copy given to Magistrate