# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

DARRELL COLEMAN,

    Petitioner,

vs.

JOSE VASQUEZ, Warden,

    Respondent.

CIVIL ACTION NO. CV205-148

## ORDER

Petitioner, an inmate incarcerated at the Federal Correctional Institution in Jesup, Georgia, submitted for filing an action pursuant to 28 U.S.C. § 2241. By Order dated August 15, 2005, the Court dismissed this action without prejudice, as Petitioner had neither paid the filing fee nor filed a motion to proceed *in forma pauperis*. Petitioner has now paid the required filing fee.

Accordingly, the Court **VACATES** its Order dated August 15, 2005. The Clerk of Court is **DIRECTED** to re-open the captioned case.

**SO ORDERED**, this 26th day of August, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

DARRELL COLEMAN )

vs ) CASE NUMBER CV205-148

VASQUEZ )
) DIVISION Brunswick

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/26/05, which is part of the official record of this case.

Date of Mailing: 8/26/05

Date of Certificate  [X] same date,   or _____

Scott L. Poff, Clerk

By: Nita Rose
Deputy Clerk

Name and Address

DARRELL COLEMAN  FCI JESUP  JESUP, GA. 31599

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate