

2006 FEB -3  P 4: 53

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DARRELL COLEMAN,

    Petitioner,

vs.

JOSE VASQUEZ, Warden,

    Respondent.

CIVIL ACTION NO. CV205-148

## ORDER

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which Petitioner Darrel Coleman ("Coleman") filed Objections. In his Objections, Coleman asserts that his arguments under Apprendi v. New Jersey, 530 U.S. 466, 120 S. Ct. 2348, 147 L. Ed.2d 435 (2000), satisfy the savings clause of 28 U.S.C. § 2255. Coleman contends that his petition is properly brought under 28 U.S.C. § 2241 because he has exhausted every available remedy. Coleman also objects to the Magistrate Judge's discussion of Blakely v. Washington, 542 U.S. 296, 124 S. Ct. 2531, 159 L. Ed.2d 403 (2004), and United States v. Booker, 543 U.S. 270, 125 S. Ct. 738, 160 L. Ed.2d, in reaching his decision. Coleman avers that his constitutional rights have been violated and that the Government has been provided a "tactical advantage." (Obj. at p. 3.)

AO 72A
(Rev. 8/82)

Coleman's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Coleman's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk is hereby authorized and directed to enter the appropriate Judgment.

**SO ORDERED**, this 3rd day of Feb., 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)